```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 15369
   ANGELA MARIE STEVENS
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5545


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/24/2007 and was not confirmed.

      The case was dismissed without confirmation 10/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                              PAID             PAID
--------------------------------------------------------------------------------
HSBC MORTGAGE              SECURED NOT I         .00            .00              .00
LITTON MORTGAGE LOAN SER   SECURED NOT I         .00            .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1491.35            .00              .00
ASSET ACCEPTANCE LLC       UNSECURED         2340.70            .00              .00
CAPITAL ONE AUTO FINANCE   UNSECURED         9535.28            .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          877.76            .00              .00
BENNIE W FERNANDEZ         NOTICE ONLY      NOT FILED           .00              .00
GLENDA J GRAY              DEBTOR ATTY          .00                              .00
TOM VAUGHN                 TRUSTEE                                               .00
DEBTOR REFUND              REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                       ---------------        ---------------
TOTALS                      .00                      .00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 15369 ANGELA MARIE STEVENS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 01/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE